***E-FILED: September 17, 2012***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JHOANNA APARICIO,<br><br>    Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION and DOES 1-20, inclusive,<br><br>    Defendants.<br>_____/ | No. C12-03804 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this case has settled. Accordingly, all previously scheduled appearances are vacated.

**On or before October 31, 2012**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **November 13, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than November 6, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and

the parties need not file a joint statement in response to this Order.

SO ORDERED.

Dated: September 17, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-03804-HRL Notice has been electronically mailed to:
2  Gail C. Trabish    gtrabish@bjg.com, bbruessard@bjg.com
3  Michael Alan Horowitz    litigation@habbaslaw.com